# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CINDY ZURAKOV,

                Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

                Defendant.

Case No. 20-CV-128-JPS

**ORDER**

On July 1, 2020, the plaintiff in this case filed a notice of voluntary dismissal. (Docket #12). Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits voluntarily dismissal of a case without a court order before the opposing party serves either an answer or a motion for summary judgment. The defendant has neither answered the complaint nor filed a motion for summary judgment. Therefore, the Court will adopt the notice of voluntary dismissal, and dismiss the case. The Court will also deny as moot the plaintiff's motion to certify a class.

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #12) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the plaintiff's motion to certify class (Docket #3) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, with each party to bear its own costs and fees.

Dated at Milwaukee, Wisconsin, this 7th day of July, 2020.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge